IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. WEDGEWORTH
ADC # 136952                                                              PETITIONER

v.                          No. 5:13-cv-138-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                  RESPONDENT

## ORDER

Opposed recommendation, № 20, adopted. FED. R. CIV. P. 72(b)(3).

Wedgeworth's petition for writ of habeas corpus is dismissed with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 June 2014