IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. WEDGEWORTH
ADC # 136952                                                           PETITIONER

v.                          No. 5:13-cv-138-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                               RESPONDENT

## JUDGMENT

Wedgeworth's petition for writ of habeas corpus is dismissed with prejudice. A certificate of appealability will not issue because Wedgeworth has not made a substantial showing of the violation of a constitutional right. 28 U.S.C. § 2253(c)(2).

*signature*
D.P. Marshall Jr.
United States District Judge

13 June 2014