IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. WEDGEWORTH
ADC # 136952                                                          PETITIONER

v.                            No. 5:13-cv-138-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                              RESPONDENT

## ORDER

Motion for certificate of appealability, № 27, denied.  Wedgeworth has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2014